[No. 9067-4-I. Division One. November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WILLIAM COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-01319-6, David W. Soukup, J., entered July 11, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Corbett, J.

[No. 9077-1-I. Division One. November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY GRUNDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-00154-6, Robert W. Winsor, J., entered July 3, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, C.J., and Callow, J.

[No. 9025-9-I. Division One. November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MARTIN, ET AL, *Defendants*, EDWARD CHARLES JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88361, James J. Dore, J., entered June 3, 1980. *Dismissed* by unpublished opinion per James, C.J., concurred in by Andersen and Corbett, JJ.